# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Vincent T. Franklin**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00244-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Megan J. Brennan | ) | |
| David Joseph | ) | |
| Christopher Brooks | ) | |
| Timothy Williams**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 16, 2021 Order.

November 16, 2021

*[signature]*

Frank G. Johns, Clerk
United States District Court